# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Lavina G. Spiegel,<br><br>DEBTOR(S)<br><br>and<br><br>The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-9, by and through its servicing agent Ocwen Loan Servicing, LLC<br><br>MOVANT | CASE NO. 14-43680-399<br>CHAPTER 13   **Mtn.  25**<br><br>**ORDER ON:**<br>**Motion for Relief from the Automatic Stay**<br><br>Filed by:<br>The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2006-9, by and through its servicing agent Ocwen Loan Servicing, LLC<br><br>Hearing Date: September 10, 2014<br>Hearing Time: 10:00 AM |

## ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Movant, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for

CWABS, Inc., Asset-Backed Certificates, Series 2006-9, by and through its servicing agent

Ocwen Loan Servicing, LLC, and its Successors and Assigns, having commenced a Motion

seeking the termination of the automatic stay with regard to 2444 High School Drive,

Brentwood, MO 63144, and more particularly described as:

THE WEST 221.42 FEET TO THE NORTH 11.35 FEET OF LOT 18 AND THE WEST 221.42
FEET OF LOT 19 OF HIGH SCHOOL TERRACE, ACCORDING TO THE PLAT THEREOF
RECORDED IN PLAT BOOK 28 PAGE 65 OF THE ST. LOUIS COUNTY RECORDS.

and it appearing that Movant is entitled to the relief requested in the motion, it is

hereby:

**ORDERED** that said Motion to terminate the automatic stay is hereby GRANTED. Movant, and its Successors and Assigns, are hereby authorized to immediately enforce its security interest in Debtors' real estate as referenced above pursuant to the terms and provisions of its deed of trust and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. Sec. 362 are hereby terminated.

**IT IS FURTHER ORDERED**, that Movant, its Successors and Assigns, are hereby authorized to immediately pursue its state court remedies to recover possession of the aforesaid real estate in accordance with the terms and provisions of its deed of trust and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. Sec 362 are hereby terminated.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order.  The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1 A.

**IT IS FURTHER ORDERED** that this court finds that Rule 4001(a)(3) is inapplicable and that the Movant shall be allowed to immediately pursue its above referenced remedies.

DATED:   September 15, 2014
St. Louis, Missouri
lat

Barry S. Schermer
United States Bankruptcy Judge

PREPARED BY AND COPIES TO:

Michael Boyd
The Boyd Law Group, L.C.
6811 Shawnee Mission Parkway
Suite 204
Overland Park, KS 66202

COPIES TO:

Lavina G. Spiegel
2446 High School Dr.
Brentwood, MO 63144
DEBTOR

M. KARL HAWKINS
75 W. LOCKWOOD AVENUE
SUITE 222
WEBSTER GROVES, MO 63119
DEBTOR'S ATTORNEY

Terry L. Spiegel
2444 High School Dr.
Brentwood, MO 63144

JOHN V. LABARGE, JR.
P.O. BOX 430908
SAINT LOUIS, MO 63143
TRUSTEE

U.S. Trustee
111 South Tenth Street
Suite 6353
Saint Louis, MO 63102